707 A.2d 142

IN THE MATTER OF RICHARD D. CARUSO,
AN ATTORNEY AT LAW.

March 25, 1998.

## ORDER

The Disciplinary Review Board on December 9, 1997, having filed with the Court it decision concluding that **RICHARD D. CARUSO** of **BRICK**, who was admitted to the bar of this State in 1986, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 3.2 (failure to expedite litigation), and *RPC* 8.1(b) (failure to cooperate in a disciplinary

investigation), and the Disciplinary Review Board having further concluded that respondent should be required to practice under supervision for a period of one year, and good cause appearing;

It is ORDERED that **RICHARD D. CARUSO** is hereby reprimanded;  and it is further

ORDERED that respondent shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of one year and until further Order of the Court;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.